Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-745

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 29, 2024

---

## Title

**Title of Work:** Tea Time

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 29, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-063

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:**  Garden Signs

## Completion/Publication

**Year of Completion:**  2017
**Date of 1st Publication:**  January 11, 2017
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Susan A Winget
  **Author Created:**  2-D artwork
  **Citizen of:**  United States

## Copyright Claimant

**Copyright Claimant:**  Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

---

## Rights and Permissions

**Organization Name:**  Courtney Davis, Inc.
**Name:**  Sam Abell
**Email:**  sabell@courtneydavis.com
**Address:**  Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:**  David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-064

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:**   Santa Truck

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   April 14, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Susan A Winget
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

---

## Rights and Permissions

**Organization Name:**   Courtney Davis, Inc.
**Name:**   Sam Abell
**Email:**   sabell@courtneydavis.com
**Address:**   Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:**   David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-433-832

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
February 24, 2025

---

## Title

**Title of Work:** SW16EF-1vL16EFB Evergreen Farms

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-062

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Botanical Florals

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 13, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Susan A Winget
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

---

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-058

**Effective Date of Registration:**
October 31, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Bloom & Grace

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 13, 2015
**Nation of 1st Publication:** United States

## Author

● **Author:** Susan A Winget
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Susan A Winget
1600 Village Harbor Dr., Suite A, Lake Wylie, SC, 29710, United States

---

## Rights and Permissions

**Organization Name:** Courtney Davis, Inc.
**Name:** Sam Abell
**Email:** sabell@courtneydavis.com
**Address:** Hill Center at Green Hills
4015 Hillsboro Pike, Suite 207
Nashville, TN 37215 United States

## Certification

**Name:** David Denholm

