**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SUSAN A. WINGET,

     Plaintiff,                           Case No.: 1:26-cv-02467

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | puyangyingxinjianshegongcheng |
| 2 | XXYSAU |
| 3 | yonl |
| 4 | QuJingXuLiaoShangMao |
| 5 | dongguanshiyitefangzhipinyouxiangongsi |
| 6 | zhoukouguixinshangmaoyouxiangongsi |
| 7 | jajisne |
| 8 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 9 | ShanXiShengJieTuoZhuangShi |
| 10 | 车贤饰内店 |
| 11 | HengYangXianZhaoWanShangMaoYouXianGong |
| 12 | aeuxlons |
| 13 | BangYiFangDiChanJingJi |
| 14 | LiBenHong74 |
| 15 | jiexiushiyuanfengmaoyiyouxiangongsi |
| 16 | hu nan yi er san an zhuang gong cheng you xian gong si cheng |
| 17 | Beodin |
| 18 | KunMingChangJiaoDianZiShangWu |
| 19 | 扭腰裤服饰百货 |
| 20 | zerumaoyishang |
| 21 | ZhengZhouXunXinHuaZhuangPin |
| 22 | FenXiaoShangMao |
| 23 | HeZeChengZeZhiNengKeJiYouXianGongSi |

| 24 | guangzhoutuanpeidianzishangwushanghanggerenduzi |
| 25 | 群户外用品店 |
| 26 | shijiazhuangqucaimaoyiyouxiangongsi |
| 27 | zhshiun |
| 28 | chengzekbfdgr |
| 29 | QUANG TÔ SHOP |
| 30 | merchyowant |
| 31 | Hjydgcb |
| 32 | LIUYINSTORE |
| 33 | jifurong |
| 34 | SHENGQINGCo.Ltd |
| 35 | dajustore |
| 36 | Aziuha Kitchen Store |
| 37 | WarmNestWorkshop |
| 38 | Good Friiends |
| 39 | BU WU HAO |
| 40 | Oddities Oasis |
| 41 | TOTOYTO ((( FAST-DELIVERY ))) |
| 42 | StarDragon Fly LIMITED |
| 43 | Creative Masterpieces HA |
| 44 | Emilyli |
| 45 | Daily Gallery |
| 46 | Ackermay |
| 47 | FOREST SPACE ART local |
| 48 | XZXartB |
| 49 | Huan Bai Top |
| 50 | INRIGHT SSS |
| 51 | PuddlePop |
| 52 | Lazy Tides |
| 53 | PiFly Shop |
| 54 | Modvibe |
| 55 | Wall Decor DZHT |
| 56 | GlintStitch |
| 57 | Cozytopia |
| 58 | Fly Artistic |
| 59 | PGHJB |
| 60 | PureTee |
| 61 | YP Canvas Painting Shop |
| 62 | WWTHC |

| 63 | Hanging S |
|---|---|
| 64 | Unique K local |
| 65 | FHZYJFKW |
| 66 | xxxprint Arts d |
| 67 | Xs Canvas Painting Shop |
| 68 | KGG Canvas Painting Shop |
| 69 | hfngsi |
| 70 | VFYIOHI |
| 71 | XQ Canvas Painting Shop |
| 72 | Pinnacle Prints |
| 73 | Liu better and better |
| 74 | Hartwork |
| 75 | PremiumPickk |
| 76 | YYSGXGH |
| 77 | QMTHREE |
| 78 | Deleovo ai SportShop |
| 79 | ChicPresents |
| 80 | Alioe |
| 81 | Forged Frames one |
| 82 | Metal Tale |
| 83 | DPDC JIN |
| 84 | Tin Art Decorative |
| 85 | Sunny Smile U |
| 86 | Threadora |
| 87 | Roadon |
| 88 | Pure Luck one |
| 89 | Drapey |
| 90 | SewEssence |
| 91 | DIYDuds |
| 92 | FlipFluff |
| 93 | xxxprint Arts v |
| 94 | Volkswagenn |
| 95 | Hanging decoration A |
| 96 | Alinei |
| 97 | WUGDES |
| 98 | Joselyn AA |
| 99 | YEKAM |
| 100 | Chenqiu Canvas Painting Shop |
| 101 | Metal Art Express |

| 102 | CYAurel |
| 103 | Landondy |
| 104 | QING ZE HUI |
| 105 | Rgyuggg |
| 106 | dfgsdhsdfh |
| 107 | Tins shop |
| 108 | CX ART |
| 109 | TinBrush Studio |
| 110 | Xiioy |
| 111 | New Nice shopping bag local |
| 112 | ChillNook Co |
| 113 | HypeHive Co |
| 114 | IronArt Haven |
| 115 | Mingze Exploration Era |
| 116 | NDLKPD local |
| 117 | SOT Trade local |
| 118 | Bobs Metal signs art |
| 119 | Life Player |
| 120 | SLENGJCLL |
| 121 | The First Art |
| 122 | HouseholdHavenA |
| 123 | Simplicity EE |
| 124 | CasaChicC |
| 125 | YuHHuan |
| 126 | ouliangKK |
| 127 | ouliangCC |
| 128 | SYFW home decor |
| 129 | zjqdianpu |
| 130 | YR DANNER |
| 131 | CQY ForgeArt |
| 132 | Canvas Nook |
| 133 | TinCanvas Co |
| 134 | Especially Handsome |
| 135 | KJXMLBSS |
| 136 | FTRWBHUG |
| 137 | Snuglio |
| 138 | na zha |
| 139 | TeeVoyageVV |
| 140 | Synology |

| 141 | Design Hive Art |
|-----|-----------------|
| 142 | XiXiang Exploration Era |
| 143 | The moonlight remains |
| 144 | Home Love Haven |
| 145 | Memora |
| 146 | GiftMint |
| 147 | STJ Time |
| 148 | Feilongz |
| 149 | DIY Gifts World |
| 150 | baotaii |
| 151 | Round drops |
| 152 | Unexpectedly pleasant |
| 153 | Eeiishim |
| 154 | Okyes Shopping |
| 155 | Aboming |
| 156 | Wrapzy |
| 157 | Yuuchen |
| 158 | YUEYUE DEOCR |
| 159 | sdasddsf |
| 160 | Local Market |
| 161 | Garden De Flag |
| 162 | artmb er |